UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CALATRELLO, ) | |
| ) | |
| *Plaintiff,* ) | CASE NO. 1:12-cv-00726 |
| ) | |
| v. ) | |
| ) | JUDGE JAMES GWIN |
| JAG HEALTHCARE, INC., ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF DEPOSITION

Please take notice that Defendants Jag Healthcare, Inc. will take the deposition of Gregory Gleine, NLRB Region 8 Field Attorney on the 8th day of May 2012, at the NLRB Region 8 Field Office, 1240 East 9th Street, Room 1695, Cleveland, Ohio 44199-2086, commencing at 10:00 a.m. and continuing thereafter until completed.

Respectfully submitted,

*/s/ Pooja Alag Bird*

SCOTT SALSBURY (0039287)
POOJA ALAG BIRD (0078020)
SALSBURY & SALSBURY, LPA
75 Milford Drive, Suite 209,
Hudson, Ohio 44236
Phone: 330 655-5760
Fax: 330-655-0526
ssalsbury@salsburylaw.com
pbird@salsburylaw.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

This will certify that the foregoing was filed electronically on May 1, 2012. This filing was served electronically, and by regular mail upon the following:

Gregory M. Gleine, Esq.
Counsel for the Acting General Counsel
National Labor Relation Board, Region 8
1240 E. 9th Street, Room 1695
Cleveland, OH 44199
Gregory.gleine@nlrb.gov

/s/ *Pooja Alag Bird*

POOJA ALAG BIRD (0078020)

*Counsel for Defendants*