UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | | |
|---|---|---|
| FREDERICK J. CALATRELLO, | : | CASE NO. 1:12CV00726 |
| REGIONAL DIRECTOR OF REGION 8 | : | |
| OF THE NATIONAL LABOR | : | |
| RELATIONS BOARD, ETC., | : | JUDGE JAMES S. GWIN |
| Petitioner, | : | |
| vs. | : | ORDER [RESOLVING DOC. 16] |
| JAG HEALTHCARE, INC., dba GALION | : | |
| POINTE, LLC, | : | |
| Respondent. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has before it petitioner's motion to quash and for protective order to limit discovery. Opposition to the motion was filed May 7, 2012 [Doc. 18].

The motion to quash the depositions of Allen Binstock and Gregory M. Gleine is granted. Relevant to production of documents, the motion is denied as to affidavits and statements of persons who will be called as witnesses or who are alleged to have been discriminated against. The motion to quash is granted as to affidavits and statements otherwise prepared in the underlying administrative action as the Court finds these other documents to be either work product or privileged.

IT IS SO ORDERED.

Dated: May 7, 2012               s/ *James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE